1
2
3
4
5
6
7
8

| | |
|---|---|
| FERNANDA CONTRERAS,<br><br>           Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK (a Banking Corporation); QUALITY LOAN SERVICE (a California Corporation); and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No. CV 09-2371-VBF (MANx)<br>Hon. Valerie Baker Fairbank<br><br><br>**JUDGMENT**<br><br><br><br> Complaint Filed: January 22, 2009<br>Trial Date: None |

      On August 3, 2009, the Court granted Lehman Brothers Bank, FSB's (n/k/a Aurora Bank FSB) (**Lehman**) *Ex Parte* Application to Dismiss the Case based on plaintiff's Failure to Comply with the Court's Orders, including failure to amend the Complaint within the time allowed by the Court and failure to timely serve initial disclosures.

      The Court further granted Lehman's Motion for an Award of Attorneys' Fees and Costs Incurred in Expunging the Lis Pendens plaintiff had recorded, wherein

**[PROPOSED] JUDGMENT**

1    Lehman sought an award of $4,987.50 in attorneys' fees and costs.

2         Accordingly, IT IS ORDERED AND ADJUDGED that plaintiff's Complaint is

3    DISMISSED WITH PREJUDICE as to Lehman.  IT IS FURTHER ORDERED AND

4    ADJUDGED that a judgment in the amount of $4,987.50 is entered in favor of Lehman

5    and against plaintiff for the costs incurred by Lehman in expunging the lis pendens.

6         **SO ORDERED.**

7

8    Dated:  August 5, 2009                    _Valerie Baker Fairbank_

9                                              Hon. Valerie Baker Fairbank

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] JUDGMENT**

**PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION**

STATE OF COLORADO, CITY AND COUNTY OF DENVER

      I am employed in the City and County of Denver, State of Colorado; I am over the age of 18 years and not a party to this action.  My business address is 511 Sixteenth Street, Suite 420, Denver, Colorado 80202.

      On August 6, 2009, I served the following document(s) described as:

**[PROPOSED] JUDGMENT**

      Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below:

James Curtis, Esq.
James Curtis & Associates
7121 Magnolia Avenue
Riverside, CA 82504
jamescurtislaw@msn.com
*Attorneys for Plaintiff*

      I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

      Executed on August 6, 2009, at Denver, Colorado.

_____
Toni M. Domres

**PROOF OF SERVICE**